1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| Luis Villegas | Case: 2:14-CV-05429-CAS-CW |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |
| v. | |
| Mangen Enterprises, Inc., a California Corporation; and Does 1-10, | |
| Defendants. | |

12
13
14
15
16
17
18

### ORDER

19
20

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

21
22
23
24

Dated: November 3, 2014

*Christine A. Snyder*

25

UNITED STATES DISTRICT JUDGE

26
27
28

1